■ JULIE MILLER, Individually and as Administrator of the Estate of CHARLES J. MILLER, Deceased, Appellant, v MARVIN GALLER, M.D., et al., Respondents. (Appeal No. 1.) [844 NYS2d 759]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered June 5, 2006 in a medical malpractice and wrongful death action. The order denied plaintiff's motion to set aside the jury verdict and direct judgment in favor of plaintiff or, in the alternative, grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.